# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 28, 2013

Lyle W. Cayce
Clerk

No. 13-30560
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DAVID WARREN,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CR-154-1

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

David Warren appeals from the orders of the district court denying his motions for release pending trial and reopening of the initial detention proceeding. The denial of those motions was not an abuse of discretion. *See United States v. Rueben*, 974 F.2d 580, 586 (5th Cir. 1992); *United States v. Hare*, 873 F.2d 796, 798 (5th Cir. 1989).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.